UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**THE TRUMP ORGANIZATION LLC and DTTM OPERATIONS LLC,**

    Plaintiffs,

v.                                                 Case No.: 8:25-cv-1962-TPB-AAS

**THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A**

    Defendants.
_____/

## ORDER

    Attorney Katie Pearl Kavanaugh moves to be admitted pro hac vice on behalf of the plaintiffs (Doc. 5).

    Under Local Rule 2.01(c), M.D. Fla., a lawyer can move for special admission in the Middle District if the lawyer: "(1) is not a Florida resident and is not a member in good standing of The Florida Bar, (2) is a member in good standing of the bar of a United States district court, (3) has not abused the

1

privilege of special admission by maintaining a regular practice of law in Florida; (4) lists each case state or federal court in Florida in which the lawyer has initially appeared in the last thirty-six months, and (5) satisfies the requirements for obtaining and maintaining general admission, except the requirements of membership in The Florida Bar, submission of an application, and payment of a periodic fee." *Id.* Attorney Kavanaugh's motion does not comply with Local Rule 2.01(c)(2), because the motion does not state whether Attorney Kavanaugh is a member in good standing of the bar of any United States district court.

Accordingly, the motion to appear pro hac vice (Doc. 5) is **DENIED without prejudice** for failure to comply with the Local Rule.

**ORDERED** in Tampa, Florida on July 30, 2025.

*/s/ Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge