**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

THE TRUMP ORGANIZATION
LLC and DTTM OPERATIONS
LLC,

     *Plaintiffs,*

     v.
                                      **Case No. 8:25-cv-01962**

THE INDIVIDUALS,
CORPORATIONS,
LIMITED LIABILITY
COMPANIES,
PARTNERSHIPS, and
UNINCORPORATED
ASSOCIATIONS
IDENTIFIED ON
SCHEDULE A,

     *Defendants.*

_____/

**NOTICE OF FILING [PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiffs, The Trump Organization LLC ("Trump Organization") and

DTTM Operations LLC ("DTTM") (collectively, "Plaintiffs"), by and through

their undersigned counsel, under Midde District of Florida Local Rule

6.01(a)(6), and in connection with their *Ex Parte* Motion for Temporary

Restraining Order, filed on July 31, 2025 (Doc. 14), hereby give notice that the

foregoing document is being electronically filed.

Dated: July 31, 2025                                  Respectfully submitted,

                                                      By:  */s/ Jason Hilborn*
Katie Kavanaugh                                            Jason Hilborn (FBN 1008829)
(*pro hac vice* forthcoming)                               **BOIES SCHILLER FLEXNER LLP**
**BOIES SCHILLER FLEXNER LLP**                             401 East Las Olas Blvd.
2029 Century Park East, 1520                               Suite 1200
Los Angeles, CA 90067                                      Fort Lauderdale, FL 33301
Telephone: (213) 629-9040                                  Telephone: (954) 356-0011
kkavanaugh@bsfllp.com                                      jhilborn@bsfllp.com

                                                      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system.

                                                      By:  */s/ Jason Hilborn*
                                                           Jason Hilborn (FBN 1008829)
                                                           **BOIES SCHILLER FLEXNER LLP**
                                                           401 East Las Olas Blvd,
                                                           Suite 1200
                                                           Fort Lauderdale, FL 33301
                                                           Telephone: (954) 356-0011
                                                           jhilborn@bsfllp.com