AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| The Trump Organization LLC and DTTM Operations LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 8:25-cv-01962 |
| The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Trump Organization LLC and DTTM Operations LLC.

Date: 08/06/2025

/s/ Leigh Salomon
*Attorney's signature*

Leigh Salomon 1054106
*Printed name and bar number*

100 SE Second Street, Suite 2800
Miami, FL 33131
*Address*

lsalomon@bsfllp.com
*E-mail address*

(305) 539-8400
*Telephone number*

(305) 539-1307
*FAX number*