# Exhibit 1

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

THE TRUMP ORGANIZATION LLC and DTTM OPERATIONS LLC,

    *Plaintiffs*,

  v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    *Defendants*.

**Case No. 8:25-cv-1962-TPB-AAS**

_____/

**DECLARATION OF JASON HILBORN**
**IN SUPPORT OF PLAINTIFFS' MOTION TO**
**EXTEND TEMPORARY RESTRAINING ORDER**

I, Jason Hilborn, declare and state as follows:

1.    I am over 18 years of age, and I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiffs' Motion to Extend Temporary Restraining Order and Reschedule Case Management Conference ("Motion"). If called upon to do so, I could and would competently testify to the following facts set forth below.

2. I am lead counsel of record for Plaintiffs, The Trump Organization LLC ("Trump Organization") and DTTM Operations LLC ("DTTM") (collectively, "Plaintiffs").

3. Since receiving the TRO, counsel for Plaintiffs has provided, or caused to be provided, copies of the TRO to counsel and/or representatives for the Third Party Providers (i.e., AliExpress, Amazon, DHgate, eBay, Walmart, AllPay, LianLian, OFX, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Stripe, UMPay).

4. To date, Plaintiffs have only received discovery from AliExpress, Amazon, DHgate, eBay, Walmart, OFX, and PayPal. Plaintiffs have not yet received discovery from the remaining Third Party Providers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 8, 2025, in Fort Lauderdale, Florida.

*/s/Jason Hilborn*
Jason Hilborn