# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

THE TRUMP ORGANIZATION LLC and DTTM OPERATIONS LLC,

    *Plaintiffs,*

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    *Defendants.*

_____/

**Case No. 8:25-cv-1962-TPB-AAS**

## NOTICE OF POSTING BOND

Plaintiffs, The Trump Organization LLC and DTTM Operations LLC, (collectively "Plaintiffs"), by and through undersigned counsel, pursuant to 15 U.S.C. section 1116(d)(5)(D) and Federal Rule of Civil Procedure 65(c), and in compliance with the Court's Order Granting Plaintiffs' "*Ex Parte* Motion for Temporary Restraining Order," dated August 1, 2025 (Doc. 17), hereby give notice that a check for Ten Thousand Dollars ($10,000.00) was hand delivered to the Court Clerk's Office located at 801 North Florida Avenue, 2nd Floor,

Tampa, Florida 33602, on August 14, 2025. *See* Bond Payment Receipt, attached as Exhibit 1.

Dated: August 18, 2025 

Respectfully submitted,

By: */s/ Jason Hilborn*

| | |
|---|---|
| Katie Kavanaugh | Jason Hilborn (FBN 1008829) |
| (*pro hac vice*) | **BOIES SCHILLER FLEXNER LLP** |
| **BOIES SCHILLER FLEXNER LLP** | 401 East Las Olas Blvd. |
| 2029 Century Park East, 1520 | Suite 1200 |
| Los Angeles, CA 90067 | Fort Lauderdale, FL 33301 |
| Telephone: (213) 629-9040 | Telephone: (954) 356-0011 |
| kkavanaugh@bsfllp.com | jhilborn@bsfllp.com |

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of August, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system.

By: */s/ Jason Hilborn*
Jason Hilborn (FBN 1008829)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd,
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
jhilborn@bsfllp.com