# Exhibit 1

Generated: Aug 14, 2025 3:19PM                                                                                   Page 1/1



# U.S. District Court

### Florida Middle - Tampa

Receipt Date: Aug 14, 2025 3:19PM

Boies Schiller Flexner LLP
2029 Century Park East
Los Angeles, CA 90067

| Rcpt. No: 72770 | | Trans. Date: Aug 14, 2025 3:19PM | | Cashier ID: #LS (3122) | |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 701 | Treasury Registry | 825CV001962 | 1 | 10000.00 | 10000.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| PC | Paper Check | #10899 | 08/14/2025 | | $10,000.00 |
| | | | | Total Due Prior to Payment: | $10,000.00 |
| | | | | Total Tendered: | $10,000.00 |
| | | | | Total Cash Received: | $0.00 |

Comments: Per ex parte order 17

The fee or debt is not officially paid or discharged until the bank clears the check, money order, or verifies the credit. A $53 fee will be charged for a returned payment.