# EXHIBIT 3

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

THE TRUMP ORGANIZATION LLC and DTTM OPERATIONS LLC,

    *Plaintiffs,*

v.

**Case No. 8:25-cv-01962**

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    *Defendants.*

_____/

## SCHEDULE A

| DOE NO. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 1 | 3C Digital Tech Club Store Store | https://www.aliexpress.com/store/1103565032 |
| 2 | Deep Club Global Store | https://www.aliexpress.com/store/1104055001 |
| 3 | High-class Dropshipping Store | https://www.aliexpress.com/store/1103752189 |
| 4 | Home Category 10001 Store | https://www.aliexpress.com/store/1103480467 |
| 5 | PL House Store | https://www.aliexpress.com/store/1102815330 |
| 6 | Shop1104094643 Store | https://www.aliexpress.com/store/1104090687 |

1

| 7 | YunHeng Trade Co., LTD Store | https://www.aliexpress.com/store/1104628598 |
|---|---|---|
| 8 | Beopjesk | https://www.amazon.com/sp?seller=A18VDE9VKK3E5A |
| 9 | ERRTAETA | https://www.amazon.com/sp?seller=A18TTVGGEROHEB |
| 10 | Idel bee | https://www.amazon.com/sp?seller=A267PXFBGAMLEO |
| 11 | Jfdoublebulls | https://www.amazon.com/sp?seller=A3CPQ6GFM56PU1 |
| 12 | WANGFA | https://www.amazon.com/sp?seller=ABT80J3NMHQJ0 |
| 13 | a_weymouth | https://www.dhgate.com/store/about-us/22022996.html |
| 14 | AiLife Store | https://www.dhgate.com/store/about-us/21780123.html |
| 15 | auto_moto | https://www.dhgate.com/store/about-us/21290067.html |
| 16 | babynice777 | https://www.dhgate.com/store/about-us/21880169.html |
| 17 | baofu002 | https://www.dhgate.com/store/about-us/21770657.html |
| 18 | besgohomedecor | https://www.dhgate.com/store/about-us/21396556.html |
| 19 | Best Chinese suppliers camp Digital Scale Digital Thermometer | https://www.dhgate.com/store/about-us/14498585.html |
| 20 | bian03 | https://www.dhgate.com/store/about-us/21859858.html |
| 21 | gardenhome03 | https://www.dhgate.com/store/about-us/21880185.html |
| 22 | homegarden1 | https://www.dhgate.com/store/about-us/21780117.html |
| 23 | homelife999 | https://www.dhgate.com/store/about-us/21882902.html |
| 24 | homemarket16 | https://www.dhgate.com/store/about-us/21997596.html |
| 25 | homemarket17 | https://www.dhgate.com/store/about-us/21997598.html |

| 26 | homemarket20 | https://www.dhgate.com/store/about-us/21997601.html |
|---|---|---|
| 27 | homepro15 | https://www.dhgate.com/store/about-us/21989312.html |
| 28 | hot_years1 | https://www.dhgate.com/store/about-us/22002422.html |
| 29 | jamesok | https://www.dhgate.com/store/about-us/20718104.html |
| 30 | jin05 | https://www.dhgate.com/store/about-us/21836816.html |
| 31 | junrone | https://www.dhgate.com/store/about-us/21899585.html |
| 32 | lifan_home | https://www.dhgate.com/store/about-us/21865561.html |
| 33 | lihaoyx | https://www.dhgate.com/store/about-us/19634951.html |
| 34 | little mermaid | https://www.dhgate.com/store/about-us/21641112.html |
| 35 | niao05 | https://www.dhgate.com/store/about-us/21753154.html |
| 36 | oriental_bell1 | https://www.dhgate.com/store/about-us/22002665.html |
| 37 | puppyhome | https://www.dhgate.com/store/about-us/21809865.html |
| 38 | qiaomaidou01 | https://www.dhgate.com/store/about-us/21715370.html |
| 39 | serendipity2022 | https://www.dhgate.com/store/about-us/21780156.html |
| 40 | shen8409 | https://www.dhgate.com/store/about-us/19752168.html |
| 41 | smyy666 | https://www.dhgate.com/store/about-us/21882495.html |
| 42 | smyy7 | https://www.dhgate.com/store/about-us/21768636.html |
| 43 | sts_the_child | https://www.dhgate.com/store/about-us/21744805.html |
| 44 | Sublimation Blank | https://www.dhgate.com/store/about-us/14770287.html |
| 45 | sunglasses_designer_ | https://www.dhgate.com/store/about-us/21914873.html |

| 46 | timkong | https://www.dhgate.com/store/about-us/14366659.html |
|---|---|---|
| 47 | tina310 | https://www.dhgate.com/store/about-us/20320967.html |
| 48 | topplus_ | https://www.dhgate.com/store/about-us/21211671.html |
| 49 | Tumblers & Festival Supplies Supplier | https://www.dhgate.com/store/about-us/21880212.html |
| 50 | us_new_mexico | https://www.dhgate.com/store/about-us/21830190.html |
| 51 | v_shop | https://www.dhgate.com/store/about-us/21358063.html |
| 52 | water2018 | https://www.dhgate.com/store/about-us/21018448.html |
| 53 | wiwistore01 | https://www.dhgate.com/store/about-us/22008532.html |
| 54 | xue08 | https://www.dhgate.com/store/about-us/21435139.html |
| 55 | zhengrui02 | https://www.dhgate.com/store/about-us/20628405.html |
| 56 | 247embroidery | https://www.ebay.com/str/247embroidery?_tab=about |
| 57 | Beeapparel | https://www.ebay.com/str/beeapparel?_tab=about |
| 58 | best4sell2015 | https://www.ebay.com/usr/best4sell2015 |
| 59 | ceshi-60 | https://www.ebay.com/str/47fortyseven |
| 60 | coin2019 | https://www.ebay.com/str/coin2019 |
| 61 | copejia | https://www.ebay.com/str/copejia |
| 62 | croghanf_20 | https://www.ebay.com/usr/croghanf_20?_tab=about |
| 63 | dovane | https://www.ebay.com/str/dovane |
| 64 | dubui18 | https://www.ebay.com/usr/dubui18?_tab=about |
| 65 | edreda | https://www.ebay.com/str/edreda |
| 66 | fpveqk-27 | https://www.ebay.com/str/49fortynine |
| 67 | gerard_3w | https://www.ebay.com/usr/gerard_3w |
| 68 | ha-cn14 | https://www.ebay.com/str/hacn14 |
| 69 | honguye-0 | https://www.ebay.com/usr/honguye-0?_tab=about |
| 70 | huixinshop | https://www.ebay.com/usr/huixinshop |

4

| 71 | juejly | https://www.ebay.com/str/juejly |
|---|---|---|
| 72 | kobebryant3000 | https://www.ebay.com/str/kobebryant3000 |
| 73 | lihual-75 | https://www.ebay.com/str/lihual2019 |
| 74 | mdk-online88 | https://www.ebay.com/str/mdkonline88 |
| 75 | phyinde | https://www.ebay.com/str/phyinde |
| 76 | qiedly | https://www.ebay.com/str/qiedly |
| 77 | qullpy | https://www.ebay.com/str/qullpy |
| 78 | rionwinsh | https://www.ebay.com/str/rionwinsh |
| 79 | ruoq-31 | https://www.ebay.com/str/sakusakiyoomi |
| 80 | sanrsafeti | https://www.ebay.com/str/sanrsafeti |
| 81 | selmal_ea | https://www.ebay.com/usr/selmal_ea |
| 82 | sexytiper | https://www.ebay.com/str/sexytiper |
| 83 | shebaozh33 | https://www.ebay.com/str/83 |
| 84 | snakatpue | https://www.ebay.com/str/snakatpue |
| 85 | sounpa | https://www.ebay.com/str/sounpa |
| 86 | sticker-bomber | https://www.ebay.com/str/computerman333 |
| 87 | tunguye3851 | https://www.ebay.com/usr/tunguye3851?_tab=about |
| 88 | xch2018 | https://www.ebay.com/str/xch2018 |
| 89 | youreyesyourcolor | https://www.ebay.com/usr/youreyesyourcolor?_tab=about |
| 90 | zermar | https://www.ebay.com/str/zermar |
| 91 | zhanyang2014bj | https://www.ebay.com/str/dajieni |
| 92 | bojindz | https://www.walmart.com/reviews/seller/102674524 |
| 93 | Chill LLC | https://www.walmart.com/reviews/seller/101663299 |
| 94 | Dashui Fashion Store | https://www.walmart.com/reviews/seller/102537894 |
| 95 | Far Ni | https://www.walmart.com/reviews/seller/101530509 |
| 96 | ForeverShi | https://www.walmart.com/reviews/seller/101672566 |
| 97 | Gjf5rgkjfg45gdkjfh5 | https://www.walmart.com/reviews/seller/102775081 |
| 98 | GTYYHTRRTEE | https://www.walmart.com/reviews/seller/101694791 |
| 99 | Healthy Home Life | https://www.walmart.com/reviews/seller/101606461 |

5

| 100 | HEGUO | https://www.walmart.com/reviews/seller/102807292 |
| --- | --- | --- |
| 101 | Jiayi LLC | https://www.walmart.com/reviews/seller/101659724 |
| 102 | jiujiangqiangdianfa | https://www.walmart.com/reviews/seller/101630959 |
| 103 | laimis | https://www.walmart.com/reviews/seller/101678351 |
| 104 | lantai | https://www.walmart.com/reviews/seller/102858876 |
| 105 | lingchuanchuanhuo | https://www.walmart.com/reviews/seller/101695220 |
| 106 | LKHIOKPLER | https://www.walmart.com/reviews/seller/102752464 |
| 107 | LLZ | https://www.walmart.com/reviews/seller/102751334 |
| 108 | LuzhouTop | https://www.walmart.com/reviews/seller/101506305 |
| 109 | Maomaoshop | https://www.walmart.com/reviews/seller/102510428 |
| 110 | Mingsi Cosmetics Co., Ltd | https://www.walmart.com/reviews/seller/101100103 |
| 111 | Niutotem | https://www.walmart.com/reviews/seller/101139020 |
| 112 | PTWJ LTD | https://www.walmart.com/reviews/seller/102516997 |
| 113 | ranranYI | https://www.walmart.com/reviews/seller/102738669 |
| 114 | RUBYY.Co.Ltd | https://www.walmart.com/reviews/seller/102733376 |
| 115 | SHANGNIULU Online | https://www.walmart.com/reviews/seller/101138568 |
| 116 | ShengXiaoDia | https://www.walmart.com/reviews/seller/102839584 |
| 117 | shewenjie | https://www.walmart.com/reviews/seller/102745101 |
| 118 | shishiYYun | https://www.walmart.com/reviews/seller/102746204 |
| 119 | Shiyun LLC | https://www.walmart.com/reviews/seller/101592981 |

| 120 | SIQIN INC | https://www.walmart.com/reviews/seller/102528854 |
| --- | --- | --- |
| 121 | siquan | https://www.walmart.com/reviews/seller/102768477 |
| 122 | SMILE | https://www.walmart.com/reviews/seller/101294622 |
| 123 | Special sunshine for you | https://www.walmart.com/reviews/seller/102844622 |
| 124 | Sports Fans Store | https://www.walmart.com/reviews/seller/101200475 |
| 125 | StarDepartmentStore | https://www.walmart.com/reviews/seller/101649030 |
| 126 | TOYOURKI | https://www.walmart.com/reviews/seller/102524887 |
| 127 | tyei | https://www.walmart.com/reviews/seller/102524020 |
| 128 | Wuhanlingushua trade | https://www.walmart.com/reviews/seller/102783921 |
| 129 | xiamenbidakejiyouxiangongsi | https://www.walmart.com/reviews/seller/101677843 |
| 130 | XIGEII | https://www.walmart.com/reviews/seller/102769679 |
| 131 | Yubond | https://www.walmart.com/reviews/seller/102498298 |
| 132 | yunhao | https://www.walmart.com/reviews/seller/102591391 |

Dated: April 23, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By:　*/s/ Jason Hilborn*

Katie Kavanaugh　　　　　　　　　　Jason Hilborn (FBN 1008829)
(*pro hac vice* pending)　　　　　　　**BOIES SCHILLER FLEXNER LLP**
**BOIES SCHILLER FLEXNER LLP**　　401 East Las Olas Blvd,
2029 Century Park East,　　　　　　Suite 1200
Suite 1520　　　　　　　　　　　　Fort Lauderdale, FL 33301
Los Angeles, CA 90067　　　　　　　Telephone: (954) 356-0011
Telephone: (213) 629-9040　　　　　jhilborn@bsfllp.com
kkavanaugh@bsfllp.com

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

7