## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

THE TRUMP ORGANIZATION LLC and DTTM OPERATIONS LLC,

    *Plaintiffs*,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    *Defendants*.

_____/

**Case No. 8:25-cv-1962-TPB-AAS**

## **NOTICE OF SETTLEMENT WITH CERTAIN DEFENDANTS**

Plaintiffs, The Trump Organization LLC and DTTM Operations LLC, by and through undersigned counsel and under Middle District of Florida Local Rule 3.09, notify the Court that they have reached settlements with the following Defendants identified on Schedule A to the Complaint:

| DOE NO. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 8 | Beopjesk | https://www.amazon.com/sp?seller=A18VDE9VKK3E5A |
| 59 | ceshi-60 | https://www.ebay.com/str/47fortyseven |
| 66 | fpveqk-27 | https://www.ebay.com/str/49fortynine |
| 68 | ha-cn14 | https://www.ebay.com/str/hacn14 |
| 79 | ruoq-31 | https://www.ebay.com/str/sakusakiyoomi |
| 83 | shebaozh33 | https://www.ebay.com/str/83 |
| 91 | zhanyang2014bj | https://www.ebay.com/str/dajieni |
| 100 | HEGUO | https://www.walmart.com/reviews/seller/102807292 |
| 102 | jiujiangqiangdianfa | https://www.walmart.com/reviews/seller/101630959 |
| 106 | LKHIOKPLER | https://www.walmart.com/reviews/seller/102752464 |
| 113 | ranranYI | https://www.walmart.com/reviews/seller/102738669 |
| 118 | shishiYYun | https://www.walmart.com/reviews/seller/102746204 |
| 121 | siquan | https://www.walmart.com/reviews/seller/102768477 |
| 130 | XIGEII | https://www.walmart.com/reviews/seller/102769679 |

Dated: September 22, 2025

Katie Kavanaugh
(*pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
2029 Century Park East,
Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
kkavanaugh@bsfllp.com

Respectfully submitted,

By: */s/ Jason Hilborn*
Jason Hilborn (FBN 1008829)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd,
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
jhilborn@bsfllp.com

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of September, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system.

By: */s/ Jason Hilborn*
Jason Hilborn (FBN 1008829)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd,
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
jhilborn@bsfllp.com