**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

THE TRUMP ORGANIZATION LLC and DTTM OPERATIONS LLC,

    *Plaintiffs*,

v.                                    **Case No. 8:25-cv-1962-TPB-AAS**

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    *Defendants*.

_____/

**NOTICE OF VOLUNTARY DISMISSAL**
**OF CERTAIN DEFENDANTS WITHOUT PREJUDICE**

Plaintiffs, The Trump Organization LLC and DTTM Operations LLC, by and through undersigned counsel and under Fed. R. Civ. Pro. 41(a)(1)(A)(i), voluntarily dismiss the following Defendants identified on Schedule A to the Complaint without prejudice:

| DOE NO. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 8 | Beopjesk | https://www.amazon.com/sp?seller=A18VDE9VKK3E5A |
| 59 | ceshi-60 | https://www.ebay.com/str/47fortyseven |
| 66 | fpveqk-27 | https://www.ebay.com/str/49fortynine |
| 68 | ha-cn14 | https://www.ebay.com/str/hacn14 |
| 79 | ruoq-31 | https://www.ebay.com/str/sakusakiyoomi |
| 83 | shebaozh33 | https://www.ebay.com/str/83 |
| 91 | zhanyang2014bj | https://www.ebay.com/str/dajieni |
| 100 | HEGUO | https://www.walmart.com/reviews/seller/102807292 |
| 102 | jiujiangqiangdianfa | https://www.walmart.com/reviews/seller/101630959 |
| 106 | LKHIOKPLER | https://www.walmart.com/reviews/seller/102752464 |
| 113 | ranranYI | https://www.walmart.com/reviews/seller/102738669 |
| 118 | shishiYYun | https://www.walmart.com/reviews/seller/102746204 |
| 121 | siquan | https://www.walmart.com/reviews/seller/102768477 |
| 130 | XIGEII | https://www.walmart.com/reviews/seller/102769679 |

Dated: September 22, 2025

Katie Kavanaugh
(*pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
2029 Century Park East,
Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
kkavanaugh@bsfllp.com

Respectfully submitted,

By: */s/ Jason Hilborn*
Jason Hilborn (FBN 1008829)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd,
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
jhilborn@bsfllp.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of September, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system.

By: */s/ Jason Hilborn*
Jason Hilborn (FBN 1008829)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd,
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
jhilborn@bsfllp.com