UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE TRUMP ORGANIZATION
LLC and DTTM OPERATIONS
LLC,

    *Plaintiffs*,

  v.                                               **Case No. 8:25-cv-1962-TPB-AAS**

THE INDIVIDUALS,
CORPORATIONS,
LIMITED LIABILITY
COMPANIES,
PARTNERSHIPS, and
UNINCORPORATED
ASSOCIATIONS
IDENTIFIED ON
SCHEDULE A,

    *Defendants*.

_____/

## **NOTICE OF SETTLEMENT WITH CERTAIN DEFENDANTS**

Plaintiffs, The Trump Organization LLC and DTTM Operations LLC, by and through undersigned counsel and under Middle District of Florida Local Rule 3.09, notify the Court that they have reached settlements with the following Defendants identified on Schedule A to the Complaint:

| DOE NO. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 71 | juejly | https://www.ebay.com/str/juejly |
| 75 | phyinde | https://www.ebay.com/str/phyinde |
| 78 | rionwinsh | https://www.ebay.com/str/rionwinsh |
| 84 | snakatpue | https://www.ebay.com/str/snakatpue |
| 93 | Chill LLC | https://www.walmart.com/reviews/seller/101663299 |
| 104 | lantai | https://www.walmart.com/reviews/seller/102858876 |
| 110 | Mingsi Cosmetics Co., Ltd | https://www.walmart.com/reviews/seller/101100103 |
| 119 | Shiyun LLC | https://www.walmart.com/reviews/seller/101592981 |

Dated: October 6, 2025                         Respectfully submitted,

                                    By:  */s/ Jason Hilborn*

Katie Kavanaugh                              Jason Hilborn (FBN 1008829)
(*pro hac vice*)                             **BOIES SCHILLER FLEXNER LLP**
**BOIES SCHILLER FLEXNER LLP**               401 East Las Olas Blvd,
2029 Century Park East,                      Suite 1200
Suite 1520                                   Fort Lauderdale, FL 33301
Los Angeles, CA 90067                        Telephone: (954) 356-0011
Telephone: (213) 629-9040                    jhilborn@bsfllp.com
kkavanaugh@bsfllp.com

                                             *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of October, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system.

By: */s/ Jason Hilborn*
Jason Hilborn (FBN 1008829)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd,
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
jhilborn@bsfllp.com