**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

THE TRUMP ORGANIZATION LLC and DTTM OPERATIONS LLC,

    *Plaintiffs*,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    *Defendants*.

_____/

**Case No. 8:25-cv-1962-TPB-AAS**

## NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS WITHOUT PREJUDICE

Plaintiffs, The Trump Organization LLC and DTTM Operations LLC, by and through undersigned counsel and under Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismiss the following Defendants identified on Schedule A to the Complaint without prejudice:

| DOE NO. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 71 | juejly | https://www.ebay.com/str/juejly |
| 75 | phyinde | https://www.ebay.com/str/phyinde |
| 78 | rionwinsh | https://www.ebay.com/str/rionwinsh |
| 84 | snakatpue | https://www.ebay.com/str/snakatpue |
| 93 | Chill LLC | https://www.walmart.com/reviews/seller/101663299 |
| 104 | lantai | https://www.walmart.com/reviews/seller/102858876 |
| 110 | Mingsi Cosmetics Co., Ltd | https://www.walmart.com/reviews/seller/101100103 |
| 119 | Shiyun LLC | https://www.walmart.com/reviews/seller/101592981 |

Dated: October 6, 2025                                    Respectfully submitted,

                                                By:   */s/ Jason Hilborn*

Katie Kavanaugh                                       Jason Hilborn (FBN 1008829)
(*pro hac vice*)                                      **BOIES SCHILLER FLEXNER LLP**
**BOIES SCHILLER FLEXNER LLP**                        401 East Las Olas Blvd,
2029 Century Park East,                               Suite 1200
Suite 1520                                            Fort Lauderdale, FL 33301
Los Angeles, CA 90067                                 Telephone: (954) 356-0011
Telephone: (213) 629-9040                             jhilborn@bsfllp.com
kkavanaugh@bsfllp.com

                                                      *Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of October, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system.

By: */s/ Jason Hilborn*
Jason Hilborn (FBN 1008829)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd,
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
jhilborn@bsfllp.com