UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE TRUMP ORGANIZATION LLC and DTTM OPERATIONS LLC,

    *Plaintiffs*,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    *Defendants*.

_____/

Case No. 8:25-cv-1962-TPB-AAS

**NOTICE OF VOLUNTARY DISMISSAL
OF CERTAIN DEFENDANTS WITHOUT PREJUDICE**

Plaintiffs, The Trump Organization LLC and DTTM Operations LLC, by and through undersigned counsel and under Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismiss the following Defendants identified on Schedule A to the Complaint without prejudice:

| DOE NO. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 72 | kobebryant3000 | https://www.ebay.com/str/kobebryant3000 |
| 120 | SIQIN INC | https://www.walmart.com/reviews/seller/102528854 |

Dated: October 31, 2025

Respectfully submitted,

By: */s/ Jason Hilborn*

Katie Kavanaugh
(*pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
2029 Century Park East,
Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
kkavanaugh@bsfllp.com

Jason Hilborn (FBN 1008829)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd,
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
jhilborn@bsfllp.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of October, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system.

By: */s/ Jason Hilborn*
Jason Hilborn (FBN 1008829)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd,
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
jhilborn@bsfllp.com