UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE TRUMP ORGANIZATION LLC and DTTM OPERATIONS LLC,

    *Plaintiffs*,

v.                                    **Case No. 8:25-cv-1962-TPB-AAS**

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    *Defendants*.

_____/

## NOTICE OF RELATED ACTION

In accordance with Middle District of Florida Local Rule 1.07(c), I certify that the instant action is related to a pending civil case recently filed in this Court as indicated below:

1. *The Trump Organization LLC, DTTM Operations LLC, and CIC Operations LLC v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A*, No. 8:25-cv-03053 (M.D. Fla. November 6, 2025).

I further certify that I will serve a copy of this Notice of Related Action upon each party no later than fourteen days after appearance of the party.

Dated: November 6, 2025 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ Jason Hilborn*

| | |
|---|---|
| Katie Kavanaugh | Jason Hilborn (FBN 1008829) |
| (*pro hac vice*) | **BOIES SCHILLER FLEXNER LLP** |
| **BOIES SCHILLER FLEXNER LLP** | 401 East Las Olas Blvd., |
| 2029 Century Park East, | Suite 1200 |
| Suite 1520 | Fort Lauderdale, FL 33301 |
| Los Angeles, CA 90067 | Telephone: (954) 356-0011 |
| Telephone: (213) 629-9040 | jhilborn@bsfllp.com |
| kkavanaugh@bsfllp.com | |
| | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 6, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　By: */s/ Jason Hilborn*
　　　　　　　　　　　　　　　　　　　　Jason Hilborn (FBN 1008829)
　　　　　　　　　　　　　　　　　　　　**BOIES SCHILLER FLEXNER LLP**
　　　　　　　　　　　　　　　　　　　　401 East Las Olas Blvd.,
　　　　　　　　　　　　　　　　　　　　Suite 1200
　　　　　　　　　　　　　　　　　　　　Fort Lauderdale, FL 33301
　　　　　　　　　　　　　　　　　　　　Telephone: (954) 356-0011
　　　　　　　　　　　　　　　　　　　　jhilborn@bsfllp.com