UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE TRUMP ORGANIZATION
LLC and DTTM OPERATIONS
LLC,

    *Plaintiffs,*

  v.                                                                              **Case No. 8:25-cv-1962-TPB-AAS**

THE INDIVIDUALS,
CORPORATIONS,
LIMITED LIABILITY
COMPANIES,
PARTNERSHIPS, and
UNINCORPORATED
ASSOCIATIONS
IDENTIFIED ON
SCHEDULE A,

    *Defendants.*

_____/

## **NOTICE OF SETTLEMENT WITH CERTAIN DEFENDANT**

Plaintiffs, The Trump Organization LLC and DTTM Operations LLC, by and through undersigned counsel and under Middle District of Florida Local Rule 3.09, notify the Court that they have reached a settlement with the following Defendant identified on Schedule A to the Complaint:

| DOE NO. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 86 | sticker-bomber | https://www.ebay.com/str/computerman333 |

Dated: November 17, 2025

Katie Kavanaugh
(*pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
2029 Century Park East,
Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
kkavanaugh@bsfllp.com

Respectfully submitted,

By: */s/ Jason Hilborn*
Jason Hilborn (FBN 1008829)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd.,
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
jhilborn@bsfllp.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 17, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system.

By: */s/ Jason Hilborn*
Jason Hilborn (FBN 1008829)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd.,
Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
jhilborn@bsfllp.com