# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

THE TRUMP ORGANIZATION LCC
and DTTM OPERATIONS, LLC,

      Plaintiffs,

v.                                 Case No. 8:25-cv-1962-TPB-AAS

THE INDIVIDUALS,
CORPORATIONS, LIMITED
LIABILITY COMPANIES,
PARTNERSHIPS,
and UNICORPORATED
ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Amanda A. Sansone, United States Magistrate Judge, entered on February 5, 2026. (Doc. 78). Judge Sansone recommends that Plaintiffs' "Motion for Final Default Judgment and Permanent Injunctive Relief" (Doc. 71) be granted. No party has objected, and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. §

Page 1 of 5

636(b)(1)(C).   When no objection is filed, a court reviews the report and recommendation for clear error.   *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Sansone's well-reasoned report and recommendation, the Court adopts the report and recommendation.   Consequently, Plaintiffs' motion for default judgment and permanent injunctive relief is granted as to the following Defendants:

- 3C Digital Tech Club Store Store (DOE NO. 1)
- Deep Club Global Store (DOE NO. 2)
- High-class Dropshipping Store (DOE NO. 3)
- Home Category 10001 Store (DOE NO. 4)
- PL House Store (DOE NO. 5)
- Shop1104094643 Store (DOE NO. 6)
- YunHeng Trade Co., LTD Store (DOE NO. 7)
- Idel bee (DOE NO. 10)
- Jfdoublebulls (DOE NO. 11)
- a_weymouth (DOE NO. 13)
- AiLife Store (DOE NO. 14)
- auto_moto (DOE NO. 15)
- babynice777 (DOE NO. 16)
- baofu002 (DOE NO. 17)
- besgohomedecor (DOE NO. 18)
- Best Chinese suppliers camp Digital Scale Digital Thermometer (DOE NO. 19)
- bian03 (DOE NO. 20)
- gardenhome03 (DOE NO. 21)
- homegarden1 (DOE NO. 22)
- homelife999 (DOE NO. 23)
- homemarket16 (DOE NO. 24)
- homemarket17 (DOE NO. 25)
- homemarket20 (DOE NO. 26)
- homepro15 (DOE NO. 27)
- hot_years1 (DOE NO. 28)
- jamesok (DOE NO. 29)
- jin05 (DOE NO. 30)
- junrone (DOE NO. 31)
- lifan_home (DOE NO. 32)

- lihaoyx (DOE NO. 33)
- little mermaid (DOE NO. 34)
- niao05 (DOE NO. 35),
- oriental_bell1 (DOE NO. 36)
- puppyhome (DOE NO. 37)
- quiaomaidou01 (DOE NO. 38)
- serendipity2022 (DOE NO. 39)
- shen8409 (DOE NO. 40)
- smyy666 (DOE NO. 41)
- smyy7 (DOE NO. 42)
- sts_the_child (DOE NO. 43)
- Sublimation Blank (DOE NO. 44)
- sunglasses_designer_ (DOE NO. 45)
- timkong (DOE NO. 46)
- tina310 (DOE NO. 47)
- topplus_ (DOE NO. 48)
- Tumblers & Festival Supplies Supplier (DOE NO. 49)
- us_new_mexico (DOE NO. 50)
- v_shop (DOE NO. 51)
- water2018 (DOE NO. 52)
- wiwistore01 (DOE NO. 53)
- xue08 (DOE NO. 54)
- zhengrui02 (DOE NO. 55)
- coin2019 (DOE NO. 60)
- copejia (DOE NO. 61)
- croghanf_20 (DOE NO. 62)
- dovane (DOE NO. 63)
- dubui18 (DOE NO. 64)
- edreda (DOE NO. 65)
- gerard_3w (DOE NO. 67)
- honguye-0 (DOE NO. 69)
- huixinshop (DOE NO. 70)
- lihual-75 (DOE NO. 73)
- mdk-online88 (DOE NO. 74)
- qiedly (DOE NO. 76)
- qullpy (DOE NO. 77)
- sanrsafeti (DOE NO. 80)
- selmal_ea (DOE NO. 81)
- sexytiper (DOE NO. 82)
- sounpa (DOE NO. 85)
- tunguye3851 (DOE NO. 87)
- xch2018 (DOE NO. 88),
- youreyesyourcolor (DOE NO. 89)
- zermar (DOE NO. 90)

- bojindz (DOE NO. 92)
- Dashui Fashion Store (DOE NO. 94)
- Far Ni (DOE NO. 95)
- ForeverShi (DOE NO. 96)
- Gjf5rgkjfg45gdkjfh5 (DOE NO. 97)
- GTYYHTRRTEE (DOE NO. 98)
- Healthy Home Life (DOE NO. 99)
- Jiayi LLC (DOE NO. 101)
- laimis (DOE NO. 103)
- lingchuanchuanhuo (DOE NO. 105)
- LLZ (DOE NO. 107)
- LuzhouTop (DOE NO. 108)
- Maomaoshop (DOE NO. 109)
- Niutotem (DOE NO. 111)
- PTWJ LTD (DOE NO. 112)
- RUBYY.Co.Ltd (DOE NO. 114)
- SHANGNIULU Online (DOE NO. 115)
- ShengXiaoDia (DOE NO. 116)
- shewenjie (DOE NO. 117)
- SMILE (DOE NO. 122)
- Special sunshine for you (DOE NO. 123)
- Sports Fans Store (DOE. NO. 124)
- StarDepartmentStore (DOE NO. 125)
- tyei (DOE NO. 127)
- Wuhanlingushua trade (DOE NO. 128)
- xiamenbidakejiyouxiangongsi (DOE NO. 129)
- Yubond (DOE NO. 131)
- yunhao (DOE NO. 132).

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)    The report and recommendation (Doc. 78) is **AFFIRMED** and **ADOPTED**

and **INCORPORATED BY REFERENCE** into this Order for all purposes,

including appellate review.

(2)    Plaintiffs' "Motion for Final Default Judgment and Permanent Injunctive

Relief" (Doc. 71) is **GRANTED**.

(3)    The Clerk is directed to enter final judgment on Counts I, II, and III of the

complaint in favor of Plaintiffs, and against each of the named Defendants set forth above.   Each defaulting Defendant is liable for $100,000 in statutory damages for willful infringement.

(5)     Plaintiffs are entitled to a permanent injunction against the named defaulted Defendants, which will be entered separately from the final default judgment.   Plaintiffs are directed to email a proposed permanent injunction (in word document form) to Chambers on or before March 24, 2026.

(4)     Plaintiffs are entitled to an award of attorney's fees and costs.   Plaintiffs are directed to file a separate motion to establish the amount and provide supporting documentation, in accordance with Local Rule 7.01.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 10th day of March, 2026.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE